## WARD *v.* THE STATE.  (Six Cases.)

From the Porter Circuit Court.

*T. J. Merrifield, W. Johnston,* and *H. Binnaman,* for appellant.

*J. C. Denny,* Attorney General, for the State.

BIDDLE, J.—These cases are, in all respects, the same as that of *Ward* v. *The State, ante,* p. 289.

The judgment in each case is affirmed.